JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARY ELIZABETH MALOOLY, | Case No. CV 24-3312-GW-MBKx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| PRINCESS CRUISE LINES, LTD., | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 27, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE